IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN DOE,

    Plaintiff,

v.                                             CASE NO. 1:11-cv-00275-MP-GRJ

ONEBEACON AMERICA
INSURANCE COMPANY,

    Defendant.
_____/

## O R D E R

This matter is before the Court on doc. 5, Motion for Extension of Time to File Response to Complaint by One Beacon America Insurance Company. The Defendant seeks a ten (10) day extension of time in which to file its response to plaintiff's complaint. The defendant cites the complexity and number of allegations as well as the intervening holidays as good cause for the extension of time. The plaintiff does not oppose the requested extension.

Accordingly, it is now **ORDERED** as follows:

1. Defendant's motion for extension of time to file response to complaint, doc. 5, is GRANTED.

2. The defendant shall respond to plaintiff's complaint on or before January 27, 2012.

**DONE AND ORDERED** this 13th day of January, 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge