IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN DOE,

    Plaintiff,

v.   CASE NO. 1:11-cv-275-MP-GRJ

ONEBEACON AMERICA INSURANCE
COMPANY f/k/a COMMERCIAL UNION
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

This matter is before the Court on Doc. 32, Defendant's motion for leave to file a reply to address issues raised in Plaintiff's response to Defendant's motion for a protective order. Pursuant to Local Rule 7.2(C)(2), the Court finds that good cause has been shown.

Accordingly, it is **ORDERED:**

1. Defendant's motion for leave to file a reply, Doc. 32, is **GRANTED.**

2. Defendant may file a reply to Plaintiff's response to Defendant's motion for a protective order on or before September 17, 2012.

**DONE AND ORDERED** this 10th day of September, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge