IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN DOE,

    Plaintiff,

v.                                              CASE NO. 1:11-cv-275-MP-GRJ

ONEBEACON AMERICA INSURANCE
COMPANY f/k/a COMMERCIAL UNION
INSURANCE COMPANY,,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion Requesting Oral Argument. (Doc. 38.)  Plaintiff requests the Court to schedule oral argument regarding pending discovery motions. The pending motions include: (1) OneBeacon America Insurance Company's Motion For Protective Order (Doc. 28); (2) Plaintiff's Motion for Extension of Expert Witness Disclosure Deadline (Doc. 30); and (3) Plaintiff's Motion to Compel Discovery. (Doc. 37.) The Court has reviewed the pending motions and determines that a hearing is necessary to address the issues raised in the pending motions. Accordingly, upon due consideration, it is **ORDERED**:

    1.  Plaintiff's Motion Requesting Oral Argument (Doc. 38) is **GRANTED**.

    2.  A hearing is scheduled before Magistrate Judge Gary R. Jones on **Wednesday, October 3, 2012 at 10:00 a.m.** at the United States Courthouse, 401 S.E. First Avenue, Third Floor Courtroom, Gainesville, Florida 32601. The Court has

reserved one and a half hours for the hearing.

**DONE AND ORDERED** this 24th day of September, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge