IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN DOE,

    Plaintiff,

v.                                                                  CASE NO. 1:11-cv-275-MP-GRJ

ONEBEACON AMERICA INSURANCE
COMPANY f/k/a COMMERCIAL UNION
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

This matter is before the Court on Defendant Onebeacon America Insurance Company's Notice of Conflict and Unopposed Motion to Reschedule Hearing. (Doc. 41.) Defendant Onebeacon's counsel states that they are required to attend a pretrial conference in Tampa, Florida on October 3, 2012, and therefore are unable to attend the hearing set for the same date in this case. Counsel requests that the Court reschedule the hearing for a later date, and further states that counsel for Plaintiff has no objection to the request.

Accordingly, it is **ORDERED:**

1. Defendant Onebeacon America Insurance Company's Notice of Conflict and Unopposed Motion to Reschedule Hearing, Doc. 41, is **GRANTED.**

2. The hearing previously scheduled for October 3, 2012, is canceled. The hearing is rescheduled for **October 18, 2012 at 2:00 PM in Gainesville, Florida**.

**DONE AND ORDERED** this 28th day of September, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge