IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN DOE,

    Plaintiff,

v.            CASE NO. 1:11-cv-275-MP-GRJ

ONEBEACON AMERICA INSURANCE
COMPANY f/k/a COMMERCIAL UNION
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

This matter is before the Court on Plaintiff's Consent Motion to Extend Discovery and Dispositive Motion Deadline. (Doc. 53.) Plaintiff requests that the Court extend the discovery deadline, currently set for December 1, 2012, to March 1, 2013. Plaintiff also requests that the Court extend the dispositive motion deadline to March 22, 2013. Plaintiff requests these extensions in order to facilitate taking several depositions in this case, and because of ongoing discovery disputes that are still under consideration by the Court. Plaintiff's counsel states that he has conferred with counsel for Defendant, and that Defendant's counsel does not oppose this motion.

    Accordingly, it is **ORDERED:**

1. Plaintiff John Doe's Consent Motion to Extend Discovery and Dispositive Motion Deadline, Doc. 53, is **GRANTED.** The deadline for discovery is **March 1, 2013**. The deadline for filing dispositive motions is **March 22, 2013**.

**DONE AND ORDERED** this 5th day of November 2012.

        *s/Gary R. Jones*
        GARY R. JONES
        United States Magistrate Judge